IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

EDWARD MAESTAS,

    Petitioner-Appellant,

v.    No. 29,257

SUZIE ARCHULETA,

    Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF RIO ARRIBA COUNTY**
**Barbara J. Vigil, District Judge**

Carlotta McInteer
Los Alamos, NM

for Appellant

Suzie Archuleta
Fairview, NM

Pro Se Appellee

**MEMORANDUM OPINION**

**KENNEDY, Judge.**

    Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

    AFFIRMED.

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**JONATHAN B. SUTIN, Judge**

_____
**LINDA M. VANZI, Judge**